HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Lexi_Negin@fd.org

Attorney for Defendant
OSBORNE REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:06-cr-452 MCE |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO VACATE PRELIMINARY HEARING AND SET FOR ADMIT/DENY HEARING |
| vs. | ) |
| OSBORNE REED, | ) Date: August 21, 2014 |
| | ) Time: 9:00 am |
| Defendant. | ) Jude: Morrison C. England, Jr. |

   IT IS HEREBY STIPULATED by and between the plaintiff United States, through its undersigned counsel, Olusere Olowoyeye, and the defendant Rudolph Deandre Hall, through his undersigned counsel, Assistant Federal Defender, Lexi P. Negin, that the defendant knowingly waives his right to a preliminary hearing pursuant to Fed.R.Crim.P. 32.1(b)(1) and that the preliminary hearing in this case now set for August 8, 2014 at 2:00 p.m. should be vacated.

   The parties agree this case should be set for admission or denial on the supervised release violation petition before Chief Judge Morrison C. England, Jr. on August 21, 2014 at 9:00 a.m.

Dated:  August 7, 2014

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ LEXI P. NEGIN*
                                    LEXI P. NEGIN
                                    Assistant Federal Defender
                                    Attorney for Defendant Osborne Reed

*U.S. v. Reed, 06-cr-452 MCE*

Dated: August 7, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Lexi P. Negin for Olusere Olowoyeye*
                                          Olosere Olowoyeye
                                          Assistant U.S. Attorney

### O R D E R

Based on the reasons set forth in the stipulation of the parties filed on August 7, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for Friday, August 8, 2014 at 2:00 p.m. is vacated. An admission or denial hearing on the supervised release violation petition is set for August 21, 2014 at 9:00 a.m.

Dated:  August 7, 2014

Dad1.crim
Reed.0452.stipo.set.amit.hrg

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

*U.S. v. Reed, 06-cr-452 MCE*